# United States Court of Appeals
### For the Seventh Circuit
### Chicago, Illinois 60604

March 11, 2015

**By the Court:**

| | |
|---|---|
| CHARLES C. PATTERSON, et al., | ] Appeals from the United |
| Plaintiffs-Appellees, | ] States District Court for |
| | ] the Northern District of |
| Nos. 15-1400, 15-1490 and 15-1514  v. | ] Illinois, Eastern Division. |
| | ] |
| ALLIED INTERSTATE, LLC., et al. | ] No. 1:12-cv-10064 |
| Defendants-Appellees, | ] |
| | ] James F. Holderman, Judge. |
| APPEALS OF: | ] |
| ANTONIA CARRASCO, | ] |
| VANESSA FV VANWIEREN, | ] |
| MARY SMITH TWEED and | ] |
| STEPHEN KRONO. | ] |

O R D E R

The court, on its own motion, orders that these appeals are CONSOLIDATED for purposes of briefing and disposition.

The briefing schedule is as follows:

1. The appellants shall file their respective briefs and required short appendices on or before April 20, 2015.

2. The appellees shall file their respective consolidated briefs on or before

- over -

Nos. 15-1400, 15-1490 and 15-1514                                                           Page 2

> May 20, 2015.
>
> 3.  The appellants shall file their respective reply briefs, if any, on or before June 3, 2015.

Counsel for appellants and appellees are encouraged to avoid unnecessary duplication by filing a joint brief or a joint appendix or by adopting parts of a co-party's brief. Duplicative briefing will be stricken and may result in disciplinary sanctions against counsel. See *United States v. Torres*, 170 F.3d 749 (7th Cir. 1999); *United States v. Ashman*, 964 F.2d 596 (7th Cir. 1992).

**Important Scheduling Notice!**

> **Notices of hearing for particular appeals are mailed shortly before the date of oral argument. Criminal appeals are scheduled shortly after the filing of the appellant's main brief; civil appeals after the filing of the appellee's brief. If you foresee that you will be unavailable during a period in which your particular appeal might be scheduled, please write the clerk advising him of the time period and the reason for such unavailability. Session data is located at http//www.ca7.uscourts.gov/cal/calendar.pdf. Once an appeal is formally scheduled for a certain date, it is very difficult to have the setting changed. See Circuit Rule 34(e).**