# UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

## DOCKET NOS. 15-400, 15-1490 and 15-1514

| | |
|---|---|
| IN RE CAPITAL ONE TELEPHONE PROTECTION ACT LITIGATION | ] ] ] |
| CHARLES C. PATTERSON, et al, Plaintiffs-Appellees, | ] Appeal from the United ] States District Court for ] the Northern District of |
| No. 15-1514 | ] Illinois, Eastern Division ] |
| ALLIED INTERSTATE, LLC, et al. Defendants-Appellees | ] No: 1:12-cv-10064 ] ] Judge James F. Holderman |
| Appeal of: STEPHEN KRON Objector- Appellant | ] ] Magistrate Judge Young B. Kim ] |

## DOCKETING STATEMENT

Pursuant to Circuit Rules 3(c)(1) and 28(a) of the United States Court of Appeals for the Seventh Circuit, Objector, Stephen Kron, provides the following Docketing Statement as his accompaniment to his Notice of Appeal filed on March 10, 2015.

### I.     District Court Jurisdiction

The district court has jurisdiction under 28 U.S.C. § 1332(d)(2) because the plaintiffs' class-action complaint alleges claims of plaintiffs and the other class members that exceeds $5,000,000, exclusive of interests and costs, and there are numerous class members who are citizens of states other than Defendants' states of citizenship.  The Defendants' states of citizenship are as follows: Defendant Capital One Bank (USA), N.A., is a nationally chartered bank and wholly-owned subsidiary of Capital One Financial Corporation, with its principal place of business in Glen Allen, Virginia. Defendant Capital One N.A. is a wholly-owned subsidiary of Capital One Financial Corporation, with its principal place of business in McLean, Virginia. Defendant Capital One Services is a Delaware Limited Liability Company wholly owned by

Capital One N.A. Defendant Capital One Services II, LLC is a Delaware limited liability company wholly owned by Defendant Capital One Services. Defendant Capital Management Systems, LP is a Delaware corporation headquartered in Buffalo, NY.  Defendant Leading Edge Recovery Solutions, LLC is a debt collection agency incorporated in Illinois and headquartered in Chicago, Illinois. Defendant AllianceOne Receivables Management, Inc. is a debt collection agency incorporated in Delaware and headquartered in Trevose, Pennsylvania.

The Lead Plaintiff's states of citizenship are as follows: Plaintiff Bridgett Amadeck is, and all times mentioned herein was, an individual citizen of the State of Washington, residing in Kirkland, Washington. Plaintiff Tiffany Alarcon is, and at all times mentioned herein was, an individual citizen of the State of California, residing in Daly City, California. Therefore, both elements of diversity jurisdiction under the Class Action Fairness Act of 2005 are present.  The federal court also has federal question jurisdiction because this action involves violation of a federal statute, the TCPA.

## II.     Appellate Court Jurisdiction

The United States Court of Appeals for the Seventh Circuit  has jurisdiction over the matter pursuant to 28 U.S.C. §1291.The district court entered a Memorandum Opinion and Order granting final approval of the settlement, attorneys' fees, and incentive awards (Docket No. 329) on February 12, 2015.  A final order of dismissal and final judgment on the settlement, attorneys' fees, and incentive awards (Docket No. 336) on February 23, 2015.

## III.    Prior Appellate Proceedings

There have been prior appellate proceedings filed in this case on behalf of appellant objectors Antonia Carrasco, Vanessa FV VanWieren, and Mary Smith Tweed, Case Nos. 15-

1400 and 15-1490. On its own Motion on March 11, 2015, this Court consolidated the current proceeding with Case Nos. 15-1400 and 15-1490.

Dated: March 18, 2015                    Respectfully Submitted,

/s Robert J. McLaughlin
Robert J. McLaughlin #6272701
rmclaughlin@smsm.com
Segal McCambridge Singer & Mahoney, Ltd.
233 South Wacker Drive, Suite 5500
Chicago, Illinois  60606
Phone: (312) 645-7800; Fax: (312) 645-7711

### CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2015, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM-ECF participants:

| | |
|---|---|
| Theresa B. Carney<br>Rock Fusco & Connelly, LLC<br>321 N. Clark Street, Suite 2200<br>Chicago, Illinois  60654 | Grace A. Carter<br>Paul Hastings LLP<br>55 Second Street, 24th Floor<br>San Francisco, CA  94105 |
| Alan I. Greene<br>Hinshaw & Culbertson<br>222 N. LaSalle Street, Suite 300<br>Chicago, Illinois  60601 | Peter F. Higgins<br>Lipkins & Higgins<br>222 N. LaSalle Street, Suite 2100<br>Chicago, Illinois  60601 |

/s Robert J. McLaughlin
Robert J. McLaughlin #6272701
rmclaughlin@smsm.com
Segal McCambridge Singer & Mahoney, Ltd.
233 South Wacker Drive, Suite 5500
Chicago, Illinois  60606
Phone: (312) 645-7800; Fax: (312) 645-7711