# CIRCUIT RULE 26.1  DISCLOSURE STATEMENT

Appellate Court No: __15.1514__

Short Caption: __In Re Capital One Telephone Consumer Protection Act Litigation__

    To enable the judges to determine whether recusal is necessary or appropriate, an attorney for a non-governmental party or amicus curiae, or a private attorney representing a government party, must furnish a disclosure statement providing the following information in compliance with Circuit Rule 26.1 and Fed. R. App. P. 26.1.

    The Court prefers that the disclosure statement be filed immediately following docketing; but, the disclosure statement must be filed within 21 days of docketing or upon the filing of a motion, response, petition, or answer in this court, whichever occurs first. Attorneys are required to file an amended statement to reflect any material changes in the required information. The text of the statement must also be included in front of the table of contents of the party's main brief. **Counsel is required to complete the entire statement and to use N/A for any information that is not applicable if this form is used.**

[ ]  **PLEASE CHECK HERE IF ANY INFORMATION ON THIS FORM IS NEW OR REVISED AND INDICATE WHICH INFORMATION IS NEW OR REVISED.**

(1) The full name of every party that the attorney represents in the case (if the party is a corporation, you must provide the corporate disclosure information required by Fed. R. App. P 26.1 by completing item #3):

    Stephen Kron

(2) The names of all law firms whose partners or associates have appeared for the party in the case (including proceedings in the district court or before an administrative agency) or are expected to appear for the party in this court:

    Segal McCambridge Singer & Mahoney, Ltd.

(3) If the party or amicus is a corporation:

    i) Identify all its parent corporations, if any; and

        N/A

    ii) list any publicly held company that owns 10% or more of the party's or amicus' stock:

        N/A

---

Attorney's Signature: __s/ Robert J. McLaughlin__  Date: __March 18, 2015__

Attorney's Printed Name: __Robert J. McLaughlin__

Please indicate if you are *Counsel of Record* for the above listed parties pursuant to Circuit Rule 3(d).  Yes __X__  No ____

Address: __233 South Wacker Drive, Suite 5500__
           __Chicago, Illinois  60606__

Phone Number: __(312) 645-7800__    Fax Number: __(312) 645-7711__

E-Mail Address: __rmclaughlin@smsm.com__

rev. 01/08 AK

## CERTIFICATE OF SERVICE

I hereby certify that on <u>March 18, 2015</u>, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM-ECF participants:

| | |
|---|---|
| Theresa B. Carney<br>Rock Fusco & Connelly, LLC<br>321 N. Clark Street, Suite 2200<br>Chicago, Illinois  60654 | Grace A. Carter<br>Paul Hastings LLP<br>55 Second Street, 24th Floor<br>San Francisco, CA  94105 |
| Alan I. Greene<br>Hinshaw & Culbertson<br>222 N. LaSalle Street, Suite 300<br>Chicago, Illinois  60601 | Peter F. Higgins<br>Lipkins & Higgins<br>222 N. LaSalle Street, Suite 2100<br>Chicago, Illinois  60601 |

/s Robert J. McLaughlin
Robert J. McLaughlin #6272701
rmclaughlin@smsm.com
Segal McCambridge Singer & Mahoney, Ltd.
233 South Wacker Drive, Suite 5500
Chicago, Illinois  60606
Phone:  (312) 645-7800;  Fax:   (312) 645-7711